**LAW OFFICES OF JAMES F. HOLTZ**
*A Professional Corporation*
James F. Holtz (SBN 95064)
james.holtz@holtzapc.com
Natalie C. Holtz (SBN 334221)
natalie.holtz@holtzapc.com
16935 West Bernardo Drive, Suite 170
San Diego, California  92127
Telephone: (619) 881-1246
Facsimile: (619) 924-5199

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE PARDO, an individual, | Case No.: 5:22-cv-00609 |
| Plaintiff, | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§1332(a)(1), 1441(b) (DIVERSITY)** |
| v. | |
| COSTCO WHOLESALE CORPORATION, a Washington State corporation; and DOES 1-50, inclusive, | |
| Defendants. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant COSTCO WHOLESALE CORPORATION (hereinafter "Costco") hereby removes to this Court the state court action described below.

1.    On March 2, 2022, an action was commenced in the San Diego Superior Court entitled IRENE PARDO, an individual, v. COSTCO WHOLESALE CORPORATION, a business entity, (hereinafter "Costco") and DOES 1 to 50, inclusive, as Case No: CVSW2201409.  A copy of the Complaint is attached hereto as **Exhibit "A."**

/ / /

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§1332(a)(1), 1441(b) (DIVERSITY)**

2.      Defendant Costco received a copy of said Complaint on March 22, 2022, when its agent accepted service of said Complaint and a Summons on its behalf.  A copy of the Summons, Complaint, Civil Case Cover Sheet, Notice of Department Assignment, Notice of Case Management Conference, Statement of Damages, Certificate of Counsel, Notice of Acknowledgement and Receipt, Alternative Dispute Resolution (ADR) Information and Stipulation to Use Alternative Dispute Resolution (ADR) filed in state court and served on Defendant Costco are attached hereto as **Exhibit "B."**

3.      On April 1, 2022, Costco filed an Answer to Plaintiff's Complaint attached hereto as **Exhibit "C."**

4.      This is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by Defendant Costco pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

5.      Complete diversity of citizenship exists for the following reasons: Plaintiff IRENE PARDO resides in the County of Riverside in California and is a citizen of the state of California.  Defendant Costco was at the time of filing this action, and still is, a corporation incorporated under the laws of the State of Washington, having its principal place of business at Issaquah, Washington.  There are no other named Defendants in this action.

6.      Plaintiff alleges she fell at Costco and sustained personal injury.

7.      Plaintiff filed a Statement of Damages attached hereto as **Exhibit "D"** indicating $60,000 for economic or special damages and $200,000 for general damages. Therefore, it is reasonable to conclude the amount in controversy exceeds $75,000.

/ / /

/ / /

2

Case No. 5:22-cv-00609

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§1332(a)(1), 1441(b) (DIVERSITY)**

1    8.    Due to Plaintiff IRENE PARDO's claimed damages of $260,000, it is

2  reasonable to conclude that the amount in controversy exceeds $75,000.  Further, less

3  than one year has passed since commencement of the action as required by 28 U.S.C. §

4  1446(c).  Thus, the matter is now removable to federal court.

5

6  Dated: April 11, 2022                    LAW OFFICES OF JAMES F. HOLTZ

7                                           *A Professional Corporation*
                                           By:  /s/ James F. Holtz
8                                           _____
                                               James F. Holtz
9                                               james.holtz@holtzapc.com
                                               Natalie C. Holtz
10                                              natalie.holtz@holtzapc.com
                                           Attorneys for Defendant
11                                         COSTCO WHOLESALE CORPORATION

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§1332(a)(1),
1441(b) (DIVERSITY)**

1

**<u>CERTIFICATE OF SERVICE</u>**

2

    I hereby certify that on December 9, 2021, I served a true and correct copy of the

3

above and foregoing **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§**

4

**1332(a)(1), 1441(b) (DIVERSITY)** via U.S. Mail by depositing in the United States

5

Postal Service mail box at 16935 West Bernardo Drive, Suite 170, San Diego,

6

California 92127, in a sealed envelope with postage thereon fully prepaid and addressed

7

as follows:

8

Alex Valenzuela, Esq.                                   *Attorneys for Plaintiff*
Joseph H. Elias, Esq.                                    **IRENE PARDO**

9

DORDULIAN LAW GROUP
550 N. Brand Blvd., Suite 1990

10

Glendale, CA  91203
Telephone: (818) 788-4919

11

Facsimile: (818) 827-2944
avalenzuela@dlawgroup.com

12

jelias@dlawgroup.com

13

    I declare under penalty of perjury under the laws of the United States of America

14

that the above is true and correct.  Executed on April 11, 2022, at San Diego, California.

15

16

                              */s/* James F. Holtz
                              James F. Holtz

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§1332(a)(1),
1441(b) (DIVERSITY)**