JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE PARDO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington State corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 5:22-cv-00609-JWH-SHK<br>District Judge: John W. Holcomb<br>Magistrate Judge: Shashi H. Kewalramani<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE** |

1

**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**

1  Based upon the joint motion of the parties, and good cause appearing therefore,
2  pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is hereby
3  **ORDERED** that all of the Plaintiff's claims in this matter against the Defendant are
4  **DISMISSED with prejudice**, with each party to bear their own fees and costs.
5  **IT IS SO ORDERED.**

7  Dated: _____December 28_____, 2022.

_____
Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE

1
**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**